UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. ELH-18-098 |
| FERNANDO CRISTANCHO | |
| Defendant. | |

FILED
2021 SEP 22 AM 8:11
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

**GOVERNMENT'S EXHIBIT LIST
FOR MOTIONS HEARING**

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| M-1 | Web History for fdocristancho@gmail.com |
| M-2 | Search History for fdocristancho@gmail.com |
| M-3 | Saved media images of young boys |